EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br><br> Lydia Pérez Lugo | 2019 TSPR 49 <br><br> 201 DPR ____ |

Número del Caso:  TS-5,704


Fecha: 15 de marzo de 2019


Abogado de la parte peticionaria:

      Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

TS-5,704

Lydia Pérez Lugo

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de marzo de 2019.

Atendida la *Moción de petición de reinstalación a la práctica de la abogacía* presentada por la Sra. Lydia Pérez Lugo el 11 de marzo de 2019, ***se autoriza*** su readmisión al ejercicio de la abogacía.

Notifíquese inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo